**F I L E D**
CLERK, U.S. DISTRICT COURT

05/04/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DVE _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

April 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>WILLIAM EDWARD DICK, JR.,<br><br>            Defendant. | No. 8:22-cr-00060-CJC<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1), (b)(1)(c): Distribution of Fentanyl Resulting in Death; 21 U.S.C. §§ 841(a)(1), (b)(1)(C) Possession with Intent to Distribute Fentanyl; 18 U.S.C. § 924(c)(1)(A)(i): Possession of a Firearm in Furtherance of a Drug Trafficking Crime; 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(c)]

On or about October 24, 2021, in Orange County, within the Central District of California, defendant WILLIAM EDWARD DICK, JR., knowingly and intentionally distributed N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("Fentanyl"), a Schedule II narcotic drug controlled substance, to S.H., A.A., and D.A., each of

whose death and serious bodily injury resulted from the use of such substance.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(c)]

On or about October 28, 2021, in Orange County, within the Central District of California, defendant WILLIAM EDWARD DICK, JR. knowingly and intentionally possessed with intent to distribute N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("Fentanyl"), a Schedule II narcotic drug controlled substance.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COUNT THREE

[18 U.S.C. § 924(c)(1)(A)(i)]

On or about October 28, 2021, in Orange County, within the
Central District of California, defendant WILLIAM EDWARD DICK, JR.
knowingly possessed a firearm, namely, a .22 caliber AR-style pistol,
bearing no serial number (commonly referred to as a "ghost gun") in
furtherance of a drug trafficking crime, namely, possession with
intent to distribute fentanyl, in violation of Title 21, United
States Code, Sections 841(a)(1), (b)(1)(c), as charged in Count Two
of this Indictment.

1                           FORFEITURE ALLEGATION ONE

2               [21 U.S.C. § 853; 18 U.S.C. § 924; 28 U.S.C. § 2461(c)]

3       1.   Pursuant to Rule 32.2(a) of the Federal Rules of Criminal

4 Procedure, notice is hereby given that the United States of America

5 will seek forfeiture as part of any sentence, pursuant to Title 21,

6 United States Code, Section 853, Title 18, United States Code,

7 Section 924, and Title 28, United States Code, Section 2461(c), in

8 the event of any defendant's conviction of the offenses set forth in

9 Counts One and Two of this Indictment.

10       2.   Any defendant so convicted shall forfeit to the United

11 States of America the following:

12            (a)   All right, title and interest in any and all property,

13 real or personal, constituting or derived from, any proceeds which

14 the defendant obtained, directly or indirectly, from any such

15 offense;

16            (b)   All right, title and interest in any and all property,

17 real or personal, used, or intended to be used, in any manner or

18 part, to commit, or to facilitate the commission of any such offense;

19            (c)   All right, title, and interest in any firearm or

20 ammunition involved in or used in any such offense; and

21            (d)   To the extent such property is not available for

22 forfeiture, a sum of money equal to the total value of the property

23 described in subparagraphs (a), (b), and (c).

24       3.   Pursuant to Title 21, United States Code, Section 853(p),

25 any defendant so convicted, shall forfeit substitute property if, by

26 any act or omission of said defendant, the property described in the

27 preceding paragraph, or any portion thereof: (a) cannot be located

28 upon the exercise of due diligence; (b) has been transferred, sold

to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

1        FORFEITURE ALLEGATION TWO

2      [18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

3      1.    Pursuant to Rule 32.2 of the Federal Rules of Criminal

4  Procedure, notice is hereby given that the United States of America

5  will seek forfeiture as part of any sentence, pursuant to Title 18,

6  United States Code, Section 924(d)(1), and Title 28, United States

7  Code, Section 2461(c), in the event of any defendant's conviction of

8  the offenses set forth in any of Count Three of this Indictment.

9      2.    Any defendant so convicted shall forfeit to the United

10  States of America the following:

11          (a)   All right, title, and interest in any firearm or

12  ammunition involved in or used in such offense; and

13          (b)   To the extent such property is not available for

14  forfeiture, a sum of money equal to the total value of the property

15  described in subparagraph (a).

16      3.    Pursuant to Title 21, United States Code, Section 853(p),

17  as incorporated by Title 28, United States Code, Section 2461(c), the

18  convicted defendant shall forfeit substitute property, up to the

19  value of the property described in the preceding paragraph if, as the

20  result of any act or omission of said defendant, the property

21  described in the preceding paragraph or any portion thereof (a)

22  cannot be located upon the exercise of due diligence; (b) has been

23  transferred, sold to, or deposited with a third party; (c) has been

24  placed beyond the jurisdiction of the court; (d) has been

25  ///

26  ///

27  ///

28  ///

1   substantially diminished in value; or (e) has been commingled with

2   other property that cannot be divided without difficulty.

3

4                                              A TRUE BILL

5

6                                              /s/

7                                              _____
                                               Foreperson

8   TRACY L. WILKISON
    United States Attorney
9

10

11  SCOTT M. GARRINGER
    Assistant United States Attorney
12  Chief, Criminal Division

13  BENJAMIN R. BARRON
    Assistant United States Attorney
14  Chief, Santa Ana Branch Office

15  BRADLEY E. MARRETT
    Assistant United States Attorney
16  Deputy Chief,
    Santa Ana Branch Office
17

18

19

20

21

22

23

24

25

26

27

28